UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-10264-GAO

SANDRA DANCA,
Plaintiff,

v.

TUFTS MEDICAL CENTER, THOMAS ATKINSON,
Defendants.

ORDER
September 11, 2012

O'TOOLE, D.J.

The defendants have moved for summary judgment on the plaintiff's claims of discrimination.

A reasonable jury could find that Atkinson's allegedly discriminatory animus influenced the ultimate decision maker to such an extent that the defendants are liable. See Staub v. Proctor Hosp., --- U.S. ----, 131 S.Ct. 1186, 1192-93 (2011). There exist genuine disputes of material fact proper for a jury to decide. The defendants' motion for summary judgment (dkt. no. 11) is DENIED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge